# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-0841
Lower Tribunal No. 53-2023SC-005698

_____

CHAROLETTE WILLIAMS,

Appellant,

v.

UHG I LLC,

Appellee.

_____

Appeal from the County Court for Polk County.
John B. Flynn, Judge.

September 30, 2025

PER CURIAM.

AFFIRMED.

WHITE, BROWNLEE and GANNAM, JJ., concur.


Charolette Williams, Bartow, pro se.

Harold E. Scherr, Hunter Masin, Maxxwell Tyler Hamilton, Carolyn Karettis, and Rafael R. Caraballo, of Mandarich Law Group, LLP, Lake Mary, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED